In The



Court of Appeals



Ninth District of Texas at Beaumont



________________



NO. 09-08-00235-CR


NO. 09-08-00236-CR


 ___________________



RANDALL ERROL WALKER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 98177, 99542






MEMORANDUM OPINION


 We have before the Court a request from the appellant, Randall Errol Walker, to
dismiss his appeals. See Tex. R. App. P. 42.2. A request to dismiss the appeals is signed by
appellant personally and joined by counsel of record. No opinion has issued in these appeals. 
The motion is granted, and the appeals are therefore dismissed. 

 APPEALS DISMISSED. 

 DAVID GAULTNEY

 Justice


Opinion Delivered January 21, 2009

Do not publish


Before McKeithen, C.J., Gaultney and Horton, JJ.